```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00778
   DAVID DORRIS MOSS
   LAUREL ELIZABETH MOSS                        CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
   SSN XXX-XX-2933    SSN XXX-XX-8749
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 01/17/07 and confirmed on 04/20/07.

   2. The case was dismissed after confirmation, 08/08/2008.

   3. The Debtor paid a total of $ 17460.93 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| BELL WEST COMMUNITY CU | SECURED | .00 | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | .00 | .00 | .00 |
| WELLS FARGO BANK | SECURED VEHIC | .00 | .00 | .00 |
| ASHLEY MOSS | CHILD SUPPORT | NOT FILED | .00 | .00 |
| DUPAGE CIRCUIT COURT | CHILD SUPPORT | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING COR | UNSECURED | 18059.45 | .00 | 4014.57 |
| CAPITAL ONE BANK | UNSECURED | 6885.06 | .00 | 1323.47 |
| BECKET & LEE LLP | UNSECURED | 1135.39 | .00 | 219.07 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5812.45 | .00 | 1121.48 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2274.42 | .00 | 438.83 |
| DUPAGE VALLEY ANESTHESIO | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE VALLEY PAIN SPECI | UNSECURED | NOT FILED | .00 | .00 |
| MONOGRAM BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1450.90 | .00 | 279.96 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4601.24 | .00 | 887.79 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 1796.76 | .00 | 342.56 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13134.49 | .00 | 2547.06 |
| NICOR GAS | UNSECURED | 128.34 | .00 | 22.63 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| SALLIE MAE GUARANTEE SER | UNSECURED | 8990.71 | .00 | 1604.79 |
| T MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| UOP MANAGEMENT SVC | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE/JPM CHASE | UNSECURED | 11303.37 | .00 | 2174.48 |
| WELLS FARGO BANK | SECURED VEHIC | 422.07 | .00 | 422.07 |
| ILLINOIS STUDENT ASSIST | UNSECURED - C | 8595.41 | .00 | 1356.23 |

          Summary of disbursements:

```
                       SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      422.07          .00     75572.58      8595.41      84590.06
PRINCIPAL PAID          422.07          .00     14976.69      1356.23      16754.99
INTEREST PAID              .00          .00          .00          .00           .00
TOTAL PAID              422.07          .00     14976.69      1356.23      16754.99
```

The Debtor's attorney, M HEDAYAT & ASSOC               , was allowed $        .00
and was paid $       .00 .

The Trustee received $    705.94 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/20/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 00778 DAVID DORRIS MOSS & LAUREL ELIZABETH MOSS